UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 21-CR-00663-ZMF |
| | ) | |
| TIMOTHY DESJARDINS | ) | |

---

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

Counsel for the defendant, Timothy Desjardins, and the United States of America (the "government"), hereby move this Court to continue the virtual status conference currently set for next Tuesday, February 13, 2024, to April 13, 2024.

In support of this joint motion, the undersigned states as follows:

The parties last convened for a virtual initial appearance and status hearing on May 9, 2023. Since that date, the government and defense have been diligent in the discovery process and are actively engaged in plea negotiations. In the event that a plea agreement is reached prior to April 13, 2024, Mr. Desjardins and the government will file an updated motion to the Court requesting that a Change of Plea hearing be set. Mr. Desjardins is currently serving a 16-year prison sentence on unrelated state charges, and accordingly does not contest pre-trial detention. Mr. Desjardins has waived his right to a preliminary hearing, and further waives his right to be charged by indictment under 18 U.S.C. § 3161(b) until April 13, 2024, in order to facilitate ongoing plea negotiations.

The parties therefore respectfully request that the Court continue the February 13, 2024, status conference as to the defendant. The parties can provide additional availability as needed.

The parties further move this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., until the next status hearing, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

Respectfully submitted,
Timothy Desjardins
By his attorney,

/s/ Kevin J. Fitzgerald, RI Bar #5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org


Matthew M. Graves
United States Attorney
D.C. Bar Number 481052

/s/ Kelly E. Moran
Kelly E. Moran
Assistant United States Attorney
NY Bar No. 5776471
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-740-4690
kelly.moran@usdoj.gov